**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                                 **Case No: 6:26-cr-92-JSS-NWH**

**VICTOR CORDERO,**

     **Defendant.**

                                   **/**

## UNOPPOSED MOTION TO TRAVEL OUTSIDE OF THE DISTRICT

The Defendant, Victor Cordero, by and through his undersigned attorney, respectfully moves this court to allow him to travel outside of the Middle District of Florida to visit his grandchildren in Texas. The undersigned is requesting that this Court allow Mr. Cordero to be outside of the Middle District of Florida beginning on Friday, May 15, 2026, until Monday, May 18, 2026. As grounds in support thereof, the undersigned would state the following:

1. That Mr. Cordero is charged with violations of Title 26, U.S.C. § 7206(2), to-wit: Aiding in the Preparation and Presentation of False Tax Returns. Doc. 1.

2.      That Mr. Cordero was arrested in the above-styled case on April 29, 2026, and had his initial appearance before the Honorable Nathan Hill, United States Magistrate Judge.   Doc. 7.   The government did not seek detention in this case, and the Court ordered the release of Mr. Cordero.   Doc. 15.

3.      That Mr. Cordero is being supervised by the United States Pre-trial Services Agency. He has adhered to the conditions of his pre-trial release.

4.      That, prior to being arrested, Mr. Cordero had made plans to visit his son and grandchildren in their home in Grand Prairie, Texas.   His youngest grandchild was born on April 14, 2026.   Mr. Cordero had purchased tickets to fly from Orlando to the Dallas – Fort Worth Airport (DFW) on Friday, May 15, 2026, and to return to Orlando from DFW late on the night of Sunday, May 17, 2026.   He will be flying on American Airlines.   Additionally, although Mr. Cordero's plane is scheduled to arrive back at the Orlando International Airport at 11:36 pm on Sunday, May 17th, the undersigned requests that the court allow the return date to be May 18, 2026, to allow for any delay of the flight into the Middle District of Florida.

5.    That the undersigned has forwarded the flight information, as well as the name of Mr. Cordero's son, and his home address, to the Pre-Trial Services Agency.

6.    That the undersigned has contacted government counsel in this case, Brandon Cruz.   He does not object to Mr. Cordero travelling outside the Middle District of Florida, as set forth herein.

WHEREFORE, the Defendant, Victor Cordero, respectfully requests that this court allow him to travel outside of the Middle District of Florida, to visit his family in Texas, leaving the Middle District of Florida on Friday, May 15, 2026, and arriving back at his home on Monday, May 18, 2026.

CHARLES L. PRITCHARD, JR.
FEDERAL DEFENDER, MDFL

*s/ Aisha Nash*
Aisha Nash, Esq.
Florida Bar No. 1003499
Federal Defender's Office
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: Aisha_Nash@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Brandon Cruz, Assistant United States Attorney, this 8th day of May 2026.

<u>*s/ Aisha Nash*</u>
Attorney for Defendant